SCWC-29456

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

TARA THOMAS, Petitioner-Plaintiff-Appellant,

vs.

GRANT K. KIDANI; and DOES 1-100,
Respondents-Defendants-Appellees.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV. NO. 05-1-0459)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, J., for the court[1])

Petitioner-Plaintiff-Appellant's Application for Writ
of Certiorari filed on October 26, 2010, is hereby accepted.

DATED: Honolulu, Hawai'i, December 7, 2010.

FOR THE COURT:

/s/ Paula A. Nakayama

Associate Justice



Charles J. Ferrera for
petitioner-plaintiff-
appellant on the application

Calvin E. Young and Diane W.
Wong of Ayabe Chong Nishimoto
Sia & Nakamura for respondent-
defendant-appellee on the
response

---

[1]Considered by: Recktenwald, C.J., Nakayama, J., Circuit Judge Chan in place of Acoba, J., recused, Circuit Judge Nacino in place of Duffy, J., recused, and Circuit Judge Kim, assigned by reason of vacancy.